## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 937 | DATE | JUNE 25, 2008 |
| CASE TITLE | US v. LASHAWN LITTRICE | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

---

### GRAND JURY PROCEEDING

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

DOCKET ENTRY:

**08 CR 513**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**JUDGE PALLMEYER**

**MAGISTRATE JUDGE MASON**

FILED
JUN 25 2008
JUN 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                              UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET # |
| No notices required. | | | |
| Notices mailed by judge's staff. | | Date docketed | |
| Notified counsel by telephone. | | Docketing dpty. initials | |
| Docketing to mail notices | | | |
| Mail AO 450 form. | | Date mailed notice | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | Mailing dpty. initials | |