# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 513 - 1 | **DATE** | 6/30/2008 |
| **CASE TITLE** | USA vs. LaShawn Littrice | | |

**DOCKET ENTRY TEXT**

By agreement, arraignment set for 7/3/2008 is stricken and reset to 7/10/2008 at 10:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|