# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 513 - 1 | **DATE** | 7/10/2008 |
| **CASE TITLE** | USA vs. LaShawn Littrice | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1 conference to be held by or on 7/21/2008. Pretrial motions to be filed by or on 8/11/2008. Government's response to be filed by or on 8/18/2008. Status hearing set for 8/28/2008 at 9:00. Defendant released on $4500 OR Bond. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:22

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cr-00513    Document 6    Filed 07/10/2008    Page 1 of 1

08CR513 - 1 USA vs. LaShawn Littrice                                                                                           Page 1 of 1