UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of US A v. Lashawn Littrice    Case: 08 CR 513-1

# FILED

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JUL 1 0 2008
7-10-08
JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

| SIGNATURE | s/ [signature] |
|---|---|
| FIRM | Law offices of William P. Murphy |
| STREET ADDRESS | 407 S. Dearborn Suite 1475 |
| CITY/STATE/ZIP | Chicago IL 60605 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 1999052 |
| TELEPHONE NUMBER | 312-697-0022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ |