UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 08 CR 513 |
| v. | Judge Rebecca R. Pallmayer |
| LASHAWN LITTRICE | |

**APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION AT TRIAL**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. §6103(h)(4)(D), makes application to this Court for an order authorizing the government to disclose tax returns and return information of:

See Individuals Listed on Attachment A,

which tax returns and return information are described as:

Forms 1040 Tax Returns for Tax years 2002-2005

In support of this application, applicant avers the following:

The defendant in this case has been charged with alleged violations of Title 26, United States Code, § 7606(2) (willfully aiding and abetting in the preparation of false tax returns).

The trial at which disclosure is sought pertains to the enforcement of the above-described violations of criminal law relating to tax enforcement.

The government intends to introduce the above-described tax returns and return information, and pursuant to Fed.R.Crim.P. 16, defendant is entitled to examine and copy all exhibits the government intends to introduce at trial.

The specified returns and return information contain information that the government believes are material to the preparation of the defense, and defendant is entitled pursuant to Fed.R.Crim.P. 16(a)(1)(E)(i) to inspect copy and all documents in the government's possession material to preparing the defense.

WHEREFORE, applicant asks this Court to enter an order on this application authorizing disclosure by the government of the tax returns and return information specified herein.

                                                                         Respectfully submitted,

                                                                         PATRICK J. FITZGERALD
                                                                         United States Attorney

                                                                         /s/ Lela D. Johnson
                                                                         LELA D. JOHNSON
                                                                         Assistant United States Attorney
                                                                         219 S. Dearborn Street
                                                                         Chicago, Illinois 60604
                                                                         (312) 353-4320

Date:  July 21, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

### APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION AT TRIAL

were served on July 21, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Lela D. Johnson
LELA D. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-4320

Attachment A

| | |
|---|---|
| Collins. Larry | Pulliam, Vernice |
| Grant, Dewitt and Katrina | Randall, Edward Jr. |
| Greene, Gregory | Robertson, Willie Iii |
| Hardy, Annette | Ross, Leslie T |
| Hardy-collins, Annette | Ross, Tekeela S |
| Knighton, Carla | Smiley, Johnny |
| Knighton, Thomas | Stewart, Diahanne and Kolin |
| Oatis, Mitchell and Kimberly | Stone, Cassandra |
| Plane, Annie | Walker, Karen |
| Pulliam, Roderick | Wynne, Jr., Marvin |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 08 CR 513 |
| v. | Judge Rebecca R. Pallmayer |
| LASHAWN LITTRICE | |

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION AT TRIAL**

Upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. §6103(h)(4)(D), makes application to this Court for an order authorizing the government to disclose tax returns and return information of:

See Individuals Listed on Attachment A,

which tax returns and return information are described as: Forms 1040 Tax Returns for Tax years 2002-2005; at the trial of the above-captioned case, and after examining the application, this Court finds:

This is a case involving tax administration.

The government intends to introduce the above-described tax returns and return information, and pursuant to Fed.R.Crim.P. 16, defendant is entitled to examine and copy all exhibits the government intends to introduce at trial.

The specified returns and return information contain information that the government believes are material to the preparation of the defense, and defendant is

entitled pursuant to Fed.R.Crim.P. 16(a)(1)(E)(i) to inspect copy and all documents in the government's possession material to preparing the defense.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

See Individuals Listed on Attachment A,

which tax returns and return information are described as: Forms 1040 Tax Returns for Tax years 2002-2005, at the trial of this case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 (h)(4).

_____
Judge Rebecca R. Pallmayer

Dated: _____