UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 513 |
| v. | ) | Judge Rebecca R. Pallmayer |
| LASHAWN LITTRICE | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 8:45 a. m., or as soon thereafter as counsel may be heard, I will appear before Judge Rebecca R. Pallmayer in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION AT TRIAL**, at which time and place you may appear if you see fit.

                                             Respectfully submitted,

Dated: July 22, 2008                         PATRICK J. FITZGERALD
                                            United States Attorney

                                       By: /s/ Lela D. Johnson  .
                                          LELA D. JOHNSON
                                          Assistant United States Attorney
                                          219 South Dearborn Street
                                          Chicago, IL 60604
                                          312-353-4320

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## NOTICE OF MOTION

was, on July 22, 2008, served pursuant to the district court's ECF system as to ECF filers.

      /s/ Lela D. Johnson
      LELA D. JOHNSON
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois  60604
      (312) 353-4320