UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff,                )<br>                                       )<br>v.                                  )<br>                                       )<br>LASHAWN LITTRICE      )<br>    Defendant.              )<br>                                       )<br>                                       ) | **Honorable Judge Pallmeyer**<br>Case No. 08 CR 513 |

**NOTICE OF MOTION**

TO:    The Clerk's Office
          Dirksen Federal Building
          219 South Dearborn Street
          Chicago, Illinois 60604


      PLEASE TAKE NOTICE that on July 28, 2008, I will appear at  9:00 am before the Honorable Judge George Pallmeyer, in Room 2119, , in the Northern District of Illinois, Eastern Division, and then and there present ***DEFENDANT  MOTION TO FOR PERMISSION TO TRAVEL*** , copies of which are attached hereto.


                                                S/ William P. Murphy
                                                WILLIAM P. MURPHY
                                                Attorney for Defendant
                                                407 S. Dearborn St., Suite 1675
                                               Chicago, IL 60605
                                               Phone: 312-697-0022
                                               Fax: 312-697-0812