UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　**Plaintiff,** )<br>　　　　　　　　　　　　　　　)<br>**v.** 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>**LASHAWN LITTRICE** 　　　　)<br>　**Defendant.** 　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　) | **Honorable Judge Pallmeyer**<br>**Case No. 08 CR 513** |

### MOTION FOR PERMISSION TO TRAVEL

NOW COMES Defendant, LaShawn Littrice, through her attorney, William P. Murphy, and hereby submits the following Motion for Permission to Travel the above-named Defendant.

1. Defendant, LaShawn Littrice, seeks permission from this Honorable Court to travel to Indianapolis, Indiana for a Start Up Workshop at the Regional Headquarters on July 28, 2008 through July 30, 2008.

2. Defendant, LaShawn Littrice, will be staying at The Hilton Hotel on North Shadeland Ave in Indianpolis, Indiana.

3. Further, defendant, LaShawn Littrice, seeks permission from this Honorable Court to travel to Las Vegas, Nevada from August 17, 2008 to August 24, 2008 for an IRS Nationwide Tax conference.

4. Defendant, LaShawn Littrice, will staying at Harrah's Entertainment Hotel at 3700 W. Flamingo in Las Vegas, Nevada.

5. Defendant, LaShawn Littrice, will be driving to Indianapolis, Indiana and flying to Law Vegas, Nevada.

6.  This Honorable Court granted Ms. Littrice permission to travel to Jamaica with her family. Ms. Littrice returned and turned over her passport to the Court.

LaShawn Littirce respectfully requests this Honorable Court to grant her permission to travel.

S/ William P. Murphy
WILLIAM P. MURPHY
Attorney for Defendant
407 S. Dearborn St., Suite 1675
Chicago, IL 60605
Phone: 312-697-0022
Fax: 312-697-0812
