Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 513 - 1 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. LaShawn Littrice | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED that the Government may disclose such tax returns and return information of: individuals listed in Attachment A, which tax returns and return information are described as : Forms 1040 Tax Returns for Tax years 2002-2005, at the trial of this case or any related judicial proceeding. No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103(h)(4). Enter Order For Disclosure Of Tax Returns And Return Information At Trial.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|