

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 08 CR 513 |
| v. | Judge Rebecca R. Pallmayer |
| LASHAWN LITTRICE | |

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION AT TRIAL**

Upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. §6103(h)(4)(D), makes application to this Court for an order authorizing the government to disclose tax returns and return information of:

See Individuals Listed on Attachment A,

which tax returns and return information are described as: Forms 1040 Tax Returns for Tax years 2002-2005; at the trial of the above-captioned case, and after examining the application, this Court finds:

This is a case involving tax administration.

The government intends to introduce the above-described tax returns and return information, and pursuant to Fed.R.Crim.P. 16, defendant is entitled to examine and copy all exhibits the government intends to introduce at trial.

The specified returns and return information contain information that the government believes are material to the preparation of the defense, and defendant is entitled pursuant to Fed.R.Crim.P. 16(a)(1)(E)(i) to inspect copy and all documents in the government's possession material to preparing the defense.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

See Individuals Listed on Attachment A,

which tax returns and return information are described as: Forms 1040 Tax Returns for Tax years 2002-2005, at the trial of this case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 (h)(4).

_____
Judge Rebecca R. Pallmeyer

Dated: July 21, 2008_____