## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 513 - 1 | **DATE** | 7/28/2008 |
| **CASE TITLE** | USA vs. LaShawn Littrice | | |

**DOCKET ENTRY TEXT**

Defendant's motion for permission to travel [13] granted with respect to Indianapolis travel but denied without prejudice with respect to the trip to Las Vegas.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|