## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 513 - 1 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. LaShawn Littrice | | |

**DOCKET ENTRY TEXT**

By agreement, status hearing set for 8/28/2008 is stricken and reset to 10/2/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F). (X-E)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|