UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 513 |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| LASHAWN LITTRICE | ) | |

## NOTICE OF MOTION

To: Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, March 10, 2009, at 8:45 a. m., or as soon thereafter as counsel may be heard, I will appear before Judge Rebecca R. Pallmeyer in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present, GOVERNMENT'S MOTION FOR RULE TO SHOW CAUSE WHY DEFENDANT'S PRETRIAL RELEASE SHOULD NOT BE REVOKED, at which time and place you may appear if you see fit.

Dated: March 9, 2009

                                               Respectfully submitted,

                                               PATRICK J. FITZGERALD
                                               United States Attorney

By:  /s/ Lela D. Johnson
       LELA D. JOHNSON
       Assistant United States Attorney
       219 S. Dearborn Street, 5th Floor
       Chicago, IL 60604
       312-353-4320

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

## **NOTICE OF MOTION**

was served on March 9, 2009, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Lela D. Johnson
LELA D. JOHNSON
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois
(312) 353-4320