# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:        08 CR 513

UNITED STATES OF AMERICA V. LASHAWN LITTRICE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LASHAWN LITTRICE

| |
|---|
| NAME (Type or print)<br>RODRICK F. WIMBERLY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/Rodrick F. Wimberly |
| FIRM<br>RODRICK F. WIMBERLY & ASSOCIATES |
| STREET ADDRESS<br>439 E. 31st Street-Suite 208 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60616 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6227234 | TELEPHONE NUMBER<br>312/949-0800 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**        NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐        NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**        NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL **X**        APPOINTED COUNSEL ☐ | |