IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | No.   08 CR 513 |
| V. ) | |
| ) | Honorable Rebecca Pallmeyer |
| LASHAWN LITTRICE nka LASHIRA EL-BEY ) | |

**EMERGENCY PETITION TO WITHDRAW AS COUNSEL**

**NOW COMES MOVANT**, RODRICK F. WIMBERLY, attorney for the Defendant, LASHAWN LITTRICE, nka LASHIRA EL-BEY, respectfully requesting that this Honorable Court grant RODRICK F. WIMBERLY, leave to withdraw as counsel for Defendant.  In support of this petition, the movant states as follows:

1. That in July 2008, the Government presented a 16-count indictment to the Grand Jury and charged the Defendant, LASHAWN LITTRICE, a tax preparer, with fraud and Making False Statements in regard to the filing of tax returns on behalf of seven (7) clients.

2. That on August 10, 2009, this Honorable Court granted leave for attorney Rodrick F. Wimberly to file his appearance on behalf of the Defendant.

3. A jury trial commenced on May 26, 2010 and after a week of testimony the jury found the defendant guilty of the 14 counts presented to it on or about June 4, 2010.

4. The Defendant filed Motions for a Judgment of Acquittal and/or a Motion for New Trial which were denied by this Honorable Court on or about November 10, 2010.

5. The matter is presently set for sentencing for December 7, 2010 at 2:00 p.m. However, the Defendant has requested that the movant withdraw his appearance on her behalf as her attorney in this cause.

6. Based upon the foregoing, the movant respectfully requests that he be allowed to withdraw his appearance on behalf of Defendant, LASHAWN LITTRICE, nka LASHIRA EL-BEY.

**WHEREFORE, RODRICK F. WIMBERLY**, requests that leave to withdraw as counsel is granted.

    /s/ Rodrick F. Wimberly
Attorney for Defendant LASHAWN LITTRICE

Rodrick F. Wimberly
Rodrick F. Wimberly & Associates
439 E. 31st Street-Suite 208
Chicago, IL 60616
312/949-0800

2