Case: 1:08-cr-00513 Document #: 157 Filed: 12/06/10 Page 1 of 16 PageID #:2078

FILED
MHN
DEC - 6 2010
12-6-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT,
## Northern District of Illinois, Eastern Division
### Re ALLEGED CASE # 08CR 513

Respondents:
United States District Chief Justice, James F. Holderman, Judge Rebecca Pallmeyer, United States District Attorney Patrick Fitzgerald, United States District Court Clerk Michael W. Dobbins, et al and successors

Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

To: Chief Justice, James F. Holderman, Judge Rebecca Pallmeyer, United States District Attorney Patrick Fitzgerald, United States District Court Clerk Michael W. Dobbins.et al

When I first acted in this case and I challenged the court I was refusing to pay the bill on the summons and complaint(s)/Motion(s) case No **ALLEGED CASE # 08CR 513** thereby in fact violating the United States Bankruptcy. Each time there is a hearing/action in this case the clerk, Michael W. Dobbin issues bonds with identifying my name and cause number.[Bid Bond, Performance Bond, and Payment Bond known as a derivative]

These bonds go to Wall Street and the Securities and Exchange Commission brokers and trade as commercial paper to give them a perception of value-in-fact.

Therefore I am letting you know of your tentative complicity in sedition, treason, insurrection, RICO, conspiracy, enticement into fraud, enticement into slavery, and all of the crimes contained in Title 18 USC.

If you are going to do this to me ignorantly or otherwise you are going to violate the United States Bankruptcy in my presence in the courtroom, you will be committing sedition as contained in Title 22 USC, Foreign Agents, intercourse and propaganda.

I need you to provide me the 1099 OID for my review and how much credit you will be presuming to take. I have to know that because I am going to get a tax refund for whatever that amount is..If you do not give me the 1099 OID you will be in violation of the income tax laws, you will be using my identity and related exemption without my full knowledge and consent. That will be identity theft as well as sedition against the United States. That will be fraud and embezzlement as well as theft of public funds.

Are you prepared to accept the liability?

_____
La'Shawn Littrice, Secured Party Creditor, A Non Corporate Entity

Affiants Initials _____ Right Thumb

# AFFIDAVIT OF NOTARY PRESENTMENT
# CERTIFICATION OF MAILING

State of Illinois )
) ss.
County of Cook )

On this 29th day of November, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that La'Shawn:Littrice, appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office, Registered Mail receipt number # RE 413 085 535 US
RE 413 085 544 US
RE 413 085 558 US
RE 413 085 561 US

To: The UNITED STATES DISTRICT COURT, Northern District of Illinois, Eastern Division

United States District Chief Justice, James F. Holderman
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

United States District Judge Rebecca Pallmeyer
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

United States District Court Clerk, Michael W. Dobbins
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

United States District Attorney Patrick Fitzgerald.
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**LIST OF DOCUMENTS MAILED**
Affidavit of Notary Presentment
Certified Power Of Attorney
Waiver Of Tort
Demand For Public Records
Common Law Affidavit Of Non Judicial Powers
Common Law Affidavit Void Judgment
Allocution

_[signature]_ _[thumbprint]_
La'Shawn:Littrice, Secured Party Creditor, A Non Corporate Entity

WITNESS my hand and official seal.

_[signature]_ 11-29-10
(NOTARY PUBLIC)           DATE

My commission expires: 10-27, 20 14

OFFICIAL SEAL
GWENDOLYN L JONES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/27/14

| | |
|---|---|
| In the matter of: )<br>La'Shawn:LIttrice )<br>c/o 3707 Ballantrae Way )<br>Flossmoor, IL near [60422] )<br>Without the US ) | STATE OF ILLINOIS<br><br>COUNTY OF COOK |

### NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#7227]

In the Common Law and for the record, KNOW ALL MEN BY THESE PRESENTS:

that, I La'Shawn:LIttrice (hereinafter known as 'Principal'), do hereby declare all power of attorney by, for, and with, these sole and aggregate corporations, agencies and agents, subsidiaries, representatives and employees, thereof, and by which the undersigned Principal constituted attorney for the purpose set forth in said power of attorney thru all contracts with the corporations of the "COUNTY OF COOK,INC." and the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS , EASTERN DIVISION, INC." and the "STATE OF ILLINOIS, INC." and the "UNITED STATES OF AMERICA, INC." and the "INTERNAL REVENUE SERVICE, INC." and the "UNITED STATES DEPARTMENT OF THE TREASURY, INC." and the "UNITED STATES PROBATION OFFICE, INC." and the "ILLINOIS, DEPARTMENT OF MOTOR VEHICLES, INC." to include 'license' to drive, 'certificate' of property 'title' and 'certificate' of birth where licenses are voluntary and certificates are by color of title and law, is wholly revoked, extinguished, cancelled, made null and void as declared and signed on this date of _November 29th_____, 2010 A.D., and by Principal, and with praise to the goodness of our Creator as so named:

1.)   The "UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
       EASTERN DIVISON. INC"
2.)   The "COUNTY OF COOK, INC."
3.)   The "ILLINOIS, DEPARTMENT OF MOTOR VEHICLES, INC."
4.)   The "UNITED STATES OF AMERICA, INC."
5.)   The "DEPARTMENT OF THE UNITED STATES TREASURY, INC."
6.)   The "INTERNAL REVENUE SERVICE, INC."
7.)   The "STATE OF ILLINOIS, INC."
8.)   The "UNITED STATES PROBATION OFFICE, INC." (Northern District of Illinois)
9.)   The "UNITED STATES SECRETARY OF STATE, INC."
10.) The "ILLINOIS SECRETARY OF STATE, INC."
11.) The "CONGRESS OF THE UNITED STATES INC."
12.) The "FEDERAL RESERVE, INC."
13.) The "DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICE INC."
14.) The "DEPOSITORY TRUST CORPORATION, INC."
15.) The "SECURITIES AND EXCHANGE COMMISSION, INC."

IT IS DECLARED that any warrant, bill, contract, financial obligation, order, security or other negotiable instrument or action against Principal and for any cause, contract or matter and from anyone other than Principal and signed by any man or woman or agent or signed for any man or woman or agent and other than Principal where said NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY is made public and into this matter and for all matters and cause related to Principal, is noticed as fraudulent and criminal and is extinguished, canceled and made null and void and by this NOTICE AND DECLARATION OF FRAUD and where all subsequent attempts to contract Principal without consideration of Principal right to refuse to contract is without full disclosure nor just compensation and where any copy of alleged "WARRANT" or "ORDER" or "INVOICE" or "BILL" or "STATEMENT" or "DEBT" and mailed to Principal is evidence of fraud. All copy assume facts which are not in evidence in the official record and in this, or any, matter to include any bond or negotiable instrument created as a result of any adhesion contract from any power of attorney with Principal and for the profit of anyone other than Principal and without compensation to Principal, nor full disclosure of said profit.



Page 1 of 3 Pages    Initials - Principal_____ Thumbprint - Principal:

In the matter of:                    )          STATE OF ILLINOIS
   La'Shawn:LIttrice            )
   c/o 3707 Ballantrae Way      )          COUNTY OF COOK
   Flossmoor, IL near [60422] )
   Without the US               )

### NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#7227]

IT IS DECLARED that these said and named sole and aggregate corporations, agents and agencies and subsidiaries and employees and all derivatives of their names, thereof, are noticed specifically of this NOTICE AND DECLARATION OF FRAUD and by actions and by public notice of fraudulent obligation.

IT IS DECLARED that any attempts by any man or woman or agents thereof, to transmit fraudulent documents to Principal via U.S. Mail, or by any other means, will be treated as proof of predicate acts to racketeering and conspiracy to engage in a pattern of racketeering activity, in violation of the federal RICO laws at 18 U.S.C. 1961 et seq. ("RICO" is the accepted legal acronym for the Racketeer-Influenced and Corrupt Organizations Act.) Mail fraud is a RICO predicate act. See 18 U.S.C. 1961(1)(B).

IT IS FURTHER DECLARED that private power of attorney agreement(s) granted to attorney-in-fact(s), and from Principal, is noticed publicly that dishonor of this NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY and by force, duress, or any other fraudulent act in the coercion to contract Principal to any foreign jurisdiction and agents thereof, and without warrant or other negotiable instrument issued by any corporate representative acting in judgement of Principal and without Principal consent to agree to the conspiracy of, or the engagement of, any act to kidnap, extort, racketeer, and require subservience of Principal by color of law resulting in the loss of freedom, liberty and the substance of Principal, is subject to affidavit of criminal complaint filed publicly and served by Article III court declaration and immediately and against any said perpetrator(s) engaging said acts with the intent to harm Principal.

WHEREFORE this NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#9651] declares Principal right to refuse to contract and declares Principal refusal of contract for, in and of, this cause and by this NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#9651] and with all reservation of rights and for this corporate administrator.

THEREFORE, Principal declares this NOTICE TO CEASE AND DESIST by reservation of all rights and by Principal signature of this declaration and by NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY made public in said cause and of any public notice of fraudulent obligation, attempt, force, harassment, conspiracy, and by any means to include mail or personal appearance and by any agent or representative acting in collusion and by conspiracy, and without loss of personal quality of life or interruption of any contracted service or standard conductive to any comfort of living of Principal or Principal heir and assigns as is afforded to said corporations taking comfort in provisions from fraudulent contracts by Principal signature and without Principal benefit, and on behalf of said corporations or by said corporations or by any subsidiary, agent, employee or representative of the corporations of the "COUNTY OF COOK, INC." and the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS , EASTERN DIVISION, INC." and the "STATE OF ILLINOIS, INC." and the "UNITED STATES OF AMERICA, INC." and the "INTERNAL REVENUE SERVICE, INC." and the "UNITED STATES DEPARTMENT OF THE TREASURY, INC.",and the "UNITED STATES PROBATION DEPARTMENT, INC." and the "ILLINOIS, DEPARTMENT OF MOTOR VEHICLES, INC." acting in any statutory or corporate administrative capacity, thereof, and considered liable in both a corporate and personal capacity, to engage Principal in any contract, cause or matter by the voiding of consent of Principal forevermore.

In the matter of: )         STATE OF ILLINOIS
    La'Shawn:LIttrice )
    c/o 3707 Ballantrae Way )        COUNTY OF COOK
    Flossmoor, IL near [60422] )
    Without the US )

## NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST [#7227]

Notice-witness of this **NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND NOTICE AND DECLARATION OF FRAUD AND NOTICE TO CEASE AND DESIST** does not constitute consent to any adhesion contracts for the corporations of the "COUNTY OF COOK, INC." or the "STATE OF ILLINOIS, INC." and all subsidiaries OF THE UNITED STATES thereof, where all matter is publicly declared under the jurisdiction of the common law.

By: _[signature]_

Signed, Principal, All Rights Reserved

### JURAT/ACKNOWLEDGMENT

State of Illinois )
Cook County )

On this **day** and **date** of _____, _____ 2010 A.D., Principal did personally appear before me, is known to be the natural man operating in the requisite capacity for signature described herein, who executed the foregoing, acknowledged the contents thereof; and executed the same as his free act and deed. Subscribed and agreed to before the undersigned.

_[Notary Signature]_
Notary Signature     Seal/Stamp

OFFICIAL SEAL
GWENDOLYN L JONES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/27/14

Gwendolyn L Jones
Printed name of Notary     My Commission expires: 10-27-14

Page 3 of 3 Pages     Initials - Principal: _____ Thumbprint - Principal

## NOTICE of WAIVER OF TORT is hereby given to ANY and ALL ACTORS

NOTICE TO AGENT IS NOTICE PRINCIPLE AND NOTICE TO PRINCIPLE IS NOTICE TO AGENT

*****************************************************************

So that proper and just NOTICE and POSTING can be honestly understood to allow **ANY and ALL** actors, or **ANY and ALL** Persons, or a reasonable and prudent Man or Woman to be **FOREWARNED** so that there can be **NO "MISTAKE"**, or inadvertence, excuse, or misunderstanding to be claimed afterwards, and that ALL Parties will be TOTALLY RESPONSIBLE AND ACCOUNTABLE for their FREE CHOICE OF ACTIONS or INJURIES, NOTICE is therefore entered and <u>POSTED</u> upon the **PUBLIC RECORD by and through the Universal Postal Union Registry RE 413 085 558 US**

It is therefore and herein DECLARED that a **CONTRACT** is Created and freely and jointly entered into by any and all Actors, in which ANY and ALL Parties are free to choose to become OBLIGATED or NOT to become OBLIGATED of their own free choice or volition, to TRESPASS ON THE CASE and cause a TORT or not to TRESPASS ON THE CASE; TO INJURE THE PROPER PARTY, or not to INJURE the PROPER PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this CONTRACT MUTUALLY AGREED BY ALL ACTORS BY SPECIFIC PERFORMANCE.

NOTICE IS HEREBY GIVEN to ANY and ALL ACTORS, including but not limited to ALL Foreign and Domestic Governments and or Corporations, Officers, assigns, agents, actors, employees, or representatives in any way thereof: YOU ARE HEREIN GIVEN CONSTRUCTIVE NOTICE AND DECLARATION OF THIS WAIVER OF TORT and the CONTRACT therein created. You may choose or NOT choose, of your own free will, to become OBLIGATED by this CONTRACT for it is your free choice. THERE ARE NO EXCEPTIONS TO ANY ACTOR(S). NO ONE MAY CLAIM IMMUNITY FROM, EXEMPTION FROM, OR LIMITATION OF LIABILITY OF ANY KIND after voluntary entry into this contract by the actor's free choice and election as evidenced by performance. THIS BINDING CONTRACT IS THEREFORE IN FULL FORCE AND EFFECT and YOU are forewarned NOT to cause further injury either by a COMMISSION, DIRECTLY OR INDIRECTLY, or an OMISSION OF LAWFUL ACTIONS OR DUTIES, **Res ipsa loquitur.**

ALL PARTIES, see Attached (Notary Jurat) ARE THEREFORE AGAIN WARNED PLEASE, DO NOT INJURE OR TRESPASS UPON RIGHTS or PROPERTY, or RISK THE CONSEQUENCES OF THAT INJURY OR TRESPASS AS AGREED IN TERMS AND CONDITIONS OF THE ATTACHED CONTRACT. BY PROCEEDING TO FURTHER INJURY YOU AGREE, KNOWINGLY, INTENTIONALLY AND VOLUNTARILY, TO THE TERMS OF THIS WAIVER OF TORT CONTRACT IN FULL UPON YOURSELVES. NOTE EXCLUSIVE CONTROL BY YOU TO INJURE OR NOT TO INJURE, TO TRESPASS OR NOT TO TRESPASS.

Without Recourse By:

La'Shawn of the Littrice Family Authorized Rep
Secured Party
Proper Rules of English
Article 9 Entity, strict liability

By: _____ For the ens legis LA'SHAWN LITTRICE Date November 29, 2010

To: Any or ALL persons, agents assigns, actors and ALL Foreign and Domestic Governments and or Corporations, Officers, employees or Representatives in any way. YOU being listed below, take heed et al!

NAME ALL PARITES WHO HAVE INJURED YOU.

United States District Court Chief Justice is James F. Holderman
United States District Court Judges Rebecca Pallmeyer.
United States District Attorney Patrick Fitzgerald,
United States District Court Clerk Michael W. Dobbins
Assistant United States District Attorney, Lela D. Johnson .
Nathalina A. Hudson, Erica Csicila, Cynthia Berger, Deborah Cingrani and Karen Wasserott Lead federal Agent Marsha K. Acevedo,
Agents, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewell
IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn, Jennifer Easter. Pretrial services officer, Albert Maldonado
Probation Officer, Todd McKechnie.

### WAIVER OF TORT

State of Illinois )
Cook County )

### JURAT

WITNESS my hand and official seal,

_____  11-09-10
NOTARY PUBLIC              DATE

My commission expires: 10-27 , 20 14

OFFICIAL SEAL
GWENDOLYN L JONES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/27/14

_____
First Name of the LAST NAME Family, for
Ens legis LA'SHAWN LITTRICE

Registered Mail: RE 413 085 558 US



# COMMON LAW
## CONSTRUCTIVE NOTICE AND AFFIDAVIT
### FOR DEMAND OF PUBLIC RECORDS
By La'Shawn:Littrice, Secured Party Creditor A Non Corporate Entity

**ILLINOIS STATE** )

**COOK COUNTY** )

Registered Mail # RE 413 085 558 US      November Twenty Six Two Thousand Ten

The following documents are hereby demanded, as these documents are a matter of Record, and are required by law of the representative(s) for the movant, or his representative(s) do not have the authority to act in any issue. The items are required and are believed to be in the movant(s) representative(s) custody of the regulating authority of same. These documents are demanded from the following individuals, and are as follows:

Agents of A Foreign Principal

Chief Justice is James F. Holderman, Judge Rebecca Pallmeyer, Judge Nan R. Nolan and Judge Michael T. Mason, United States District Attorney Patrick Fitzgerald, Assistant United States District Attorney, Lela D. Johnson, Prosecutor, Nathalina A. Hudson and Federal Agent, Marsha K. Acevedo, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewell, IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn and Jennifer Easter.

1. Certified Copy of Your **Oath of Office**, as is required by the Constitutional Law, at Article VI Clause 3.

2. Certified Copy of Your **Disclosure Statement**, as is required by law at Title 5 U.S.C. Section 3331, 3332, and 3333 as you did take an Oath to the United States of America.

3. **Copy of Your Certified Affidavit of Compliance with Public Law 330, Chapter 690 on August 9, 1955, in respect to upholding your Oath of Office.**

4. Certified Copy of Your **Financial Disclosure Statement** to ascertain whom you receive your emolument from and to also ascertain their activities, and copies of any check stubs from any Bank, Mortgage or Financial Institution.

5. Certified Copy of all <u>Service Agreements described in paragraph **IV**, of the General Agreement between the **Treasury Department** and the **Agency for International Development**</u>. (Treasury Delegation Order 9) on February 14, 1966 (Rev. 1)

6. Certified Copy of **said Corporation(s) Charter** Filed with the Secretary of State of Illinois.

7. Certified Copy of Said **Corporation(s) Certification** Filed with the Secretary of State of Illinois.

Affiants Initials :_____ Right Thumb Print_____

8. Certified Copy of Said **Corporation(s) Foreign Registration Filed with the** Secretary of State of Illinois.

9. Certified Copy of Said **Corporation(s) Business License** from the State and County as is required by Law.

10. Certified Copy of Said **Corporation(s) and movant Representative(s) Bond** in order to be involved in such a business as is required by Law.

11. Certified Copy of Your **Registration Statement** as is required by Title 22 U.S.C. 611& 612, as is required by Rabinowitz v. Kennedy, 379 U.S. 605, and headnote 1. This is demanded in light of Executive Order 10033, Feb. 8, 1949, 14 F.R. 561, this is required per Title 22 Section 286f.

12. If You refute questions 6 thru 10, a Certified Copy pursuant to **Title 4 U.S.C. Section 72, All offices attached to the seat of government shall be exercised in the District of Columbia and not elsewhere, except as other expressly provided by law. (July 30, 1947, c. 389, 61 Stat. 643.)**

13. Certified Copy of Your **loyalty and Security Check** as is required by Title 22 U.S.C. 272b

14. A Certified Copy of Your **Birth Certificate** to prove you are not a fictitious character.

I demand that You and any other representative(s) of the **UNITED STATES OF AMERICA** bring forward all these documents, supra and prove your authority to act in this issue. Alleged case #08CR 513, Title 26 Violation, USC, Section(s) 7206(2). Judge Rebecca Pallmeyer. Judge Nan R. Nolan and Judge Michael T. Mason, Chief Justice James F. Holderman. United States District Attorney Patrick Fitzgerald, Assistant United States District Attorney, Lela D. Johnson, Prosecutor, Nathalina A. Hudson and Federal Agent, Marsha K. Acevedo, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewellm, IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn and Jennifer Easter. **Agents of a Foreign Principal,** is noticed that he/she has Five (5) days to respond on a point-by-point basis to the demand for public records, said lack of response will be taken as lawful admission of material fact.

Affiants Initials _____ Right Thumb Print

# CONSTRUCTIVE NOTICE AND AFFIDAVIT
## FOR DEMAND OF PUBLIC RECORDS

Your willful FAILURE to produce and submit through my Notary Officer all documents requested constitutes this alleged CASE #08CR 513, Title 26 Violation, USC, Section(s) 7206(2) is VOID non pro tunc, under COMMON LAW and the laws you failed to uphold when you swore your Oath Of Office. A judgment is **void** if the court acted in a manner inconsistent with due process. A **void** judgment is a nullity and may be vacated at any time." 261 Kan. At 862.

**Be Advised** under operation of law/statute UCC §3-509 a Notary's CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE" will be issued which carries the same legal weight as a court issued judgment.

Keep in mind Notaries are Officers of the court, and has the legal authority to issue an administrative law judgment against the corporation/claimant after commercial dishonor has been confirmed.
Uniform Commercial Code §3-509. Protest; noting for protest.
**(1) A protest is a certificate of dishonor made under the hand and seal of a United States consul or vice consul or a**
**notary public or other person authorized to certify dishonor by the law of the place where dishonor occurs.**

This Case is filed in Washington UCC 1#14375503.

Registered Mail: RE 413 085 558 US.

_____
La'Shawn:Littrice, Secured Party Creditor, A Non Corporate Entity.
Ens legis LA'SHAWN LITTRICE

Cook County  )
The State of Illinois )

                                                              NOTARY SEAL>   OFFICIAL SEAL
                                                                             GWENDOLYN L JONES
WITNESS my hand and official seal.                                           NOTARY PUBLIC - STATE OF ILLINOIS
_____                                                MY COMMISSION EXPIRES:10/27/14
NOTARY DATE

My commission expires: ___10 - 27___, 20_14_

**Submit your response by Affidavit signed under penalty of perjury with a wet signature to my:**

**Notary Officer**_____

Address_644 W 68th_, City _Chgo_, State _IL_, Zip Code _60621_.

Affiants Initials ____ Right Thumb Print ____

# COMMON LAW AFFIDAVIT
# OF
# VOID JUDGMENT
### OF ALLEGED CASE # 08CR 513, Title 26 Violation, USC, Section(s) 7206(2)
### Registered Mail # RE 413 085 558 US

November Twenty Nine Two Thousand Ten

Attn: Respondents: United States District Chief Justice, James F. Holderman, Judge Rebecca Pallmeyer, United States District Attorney Patrick Fitzgerald and United States District Court Clerk Michael W. Dobbins et,el

My name is La'Shawn:Littrice, Secured Party Creditor, a Non Corporate Entity/Affiant. My alleged case number 08CR 513. I have VOIDED the Non Judicial judgment which was entered into court record by Judge Rebecca Pallmeyer. The sentence/ decision/ judgment, ordered by the Judge on alleged case #08CR 513 is VOID non pro tunc under Common Law, the United States Constitutional Laws, violation of the Uniform Commercial Codes, violation of the Administrative Procedure Act and your Oath Of Office you which you swore to protect.

**"A proceedings of a court without jurisdiction are a nullity and its judgment has no effect either on person or property."** *Norwood v. Renfield,* **34 C 329;** *Ex parte Giambonini,* **49 P. 732. A judgment is void if the court acted in a manner inconsistent with due process. A void judgment is a nullity and may be vacated at any time." 261 Kan. at 862.**

The judge and prosecutor was aware they had NO judicial powers to render judgment or even hear the case. The 11th Amendment of the U.S. Constitution revoked all judicial powers of judges and attorney's and all public officials February 5, 1795. The Judge and District Attorney in this case and ALL judicial officers are REQUIRED by law to REGISTER as Foreign Principals with the Attorney General and the Secretary of State before they can operate as a Foreign Agent in the office they hold. USC Title 22 sec 611, 612. The VOIDED judgment on this case includes Federal, Felony, and Court probation, fines, fees and any court cost. This Affidavit of Void Judgment has been sent via Registered Mail # RE 413 085 558 US through a Notary Officer which is a Officer of the court to United States District Chief Justice, James F. Holderman , Judge Rebecca Pallmeyer, United States District Attorney Patrick Fitzgerald and United States District Court Clerk Michael W. Dobbins also. This Affidavit is also on file in Illinois UCC 1 # 14375503. All Judicial officers including all public officials are under 22 CFR (Code of Foreign Relations). United States District Chief Justice, James F. Holderman, Judge Rebecca Pallmeyer,,United States District Attorney Patrick Fitzgerald, and United States District Court Clerk Michael W. Dobbins et. el, are Foreign Agents and relinquished your U.S. Citizenship to hold the office you sit in. You nor do the mentioned have any powers or authority to execute, force judgment, inflict or impose punishment on the American People due to you all being FOREIGN AGENTS and your powers were REVOKED by the 11th Amendment of the U.S. Constitution February 5, 1795. Court Officials, Judges, Prosecutors, Law Enforcement Department employees, Officers of the Court, and etc., before entering into these public offices, are required by the U.S. Constitution and statutory law to comply with Title 5 USC, Sec. §3331, The Oath of Office requires the public official in his / her foreign state capacity to uphold the constitutional form of government or face consequences. Judges and attorney's are aware, Those who hold office have knowingly and willingly given up their citizenship to this country under Title 8 Section §1481 to become a foreign state agent under 22 USC. The oath of office to the constitution. Any and all court officers, court officials, public officers involved with this case has been enjoined in the Common Law Claim. This case is in Lieu of Litigation. I the Affiant have Foreign Sovereign Immunity under the (FSIA) Foreign Sovereign Immunity Act Title 28 1508 and 11th Amendment Immunity February 5, 1795.

Affiants Initials_____ Right Thumb Pr[int]

**BE ADVISED!** your BONDS are under ARREST and you have been reported to the Attorney General and Secretary Of State.

### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT.
### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE

_[signature]_

Further Affiants sayeth naught, La'Shawn:Littrice, Secured Party Creditor, a Non Corporate Entity

**All rights reserved. Without Prejudice UCC 1-308.**
**No liability accepted. Void where prohibited by law.**

### JURAT

State of Illinois )
Cook County )

**COMMON LAW AFFIDAVIT**
**Of VOID JUDGEMENT OF ALLEGED CASE  08CR 513**
**Registered Mail # RE 413 085 558 US**

Subscribed and sworn before me, _Gwendolyn Jones_, a Notary Public, this _29_ day of _November_, 2010, by

For the ens legis LA'SHAWN LITTRICE

_[signature]_
Notary Public

Seal:

OFFICIAL SEAL
GWENDOLYN L JONES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/27

Affiants Initials :_LL_  Right Thumb Print _[thumbprint]_

# COMMON LAW AFFIDAVIT
# OF
# NON JUDICIAL POWERS
Alleged CASE #08CR 513, Title 26 Violation, USC, Section(s) 7206(2)

I, the Affiant La'Shawn:Littrice, Secured Party Creditor, a Non Corporate Entity, serve this Common Law Affidavit Of Non Judicial Powers.Upon Respondents, Chief Justice is James F. Holderman, Judge Rebecca Pallmeyer. Judge Nan R.Nolan and Judge Michael T. Mason, United States District Attorney Patrick Fitzgerald, Assistant United States District Attorney, Lela D. Johnson, Prosecutor, Nathalina A. Hudson and Federal Agent, Marsha K. Acevedo, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewell, IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn and Jennifer Easter.

All judges, peace officers, attorney's and public officials are under the judicial Branch of the U.S. Government.

The Respondents Chief Justice is James F. Holderman, Judges Rebecca Pallmeyer. Judge Nan R. Nolan and Judge Michael T. Mason. United States District Attorney Patrick Fitzgerald, Assistant United States District Attorney, Lela D. Johnson, Prosecutor, Nathalina A. Hudson and Federal Agent, Marsha K. Acevedo, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewell, IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn and Jennifer Easter are required BY LAW to register as a foreign principal with the Attorney General and the Secretary Of State before they can operate in the office they hold. **22 USC § 611, 22 USC § 612.**

**"a proceedings of a court without jurisdiction are a nullity and its judgment has no effect either on person or property."** *Norwood v. Renfield,* **34 C 329;** *Ex parte Giambonini,* **49 P. 732. A judgment is void if the court acted in a manner inconsistent with due process. A void judgment is a nullity and may be vacated at any time." 261 Kan. at 862.**

Have you the Respondents, Chief Justice is James F. Holderman, Judge Rebecca Pallmeyer. Judge Nan R. Nolan and Judge Michael T. Mason, United States District Attorney Patrick Fitzgerald, Assistant United States District Attorney, Lela D. Johnson, Prosecutor, Nathalina A. Hudson and Federal Agent, Marsha K. Acevedo, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewell, IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn and Jennifer Easter. registered as a Foreign Principal with the Attorney General and the Secretary Of State?_____.

The Eleventh Amendment of the United States REMOVED all "judicial power" in law, equity, treaties, contract law and the right of the State to bring suit against the people February 5, 1795.

Foreign Agents possess NO authority to arrest, issue warrants, issue judgments, question, search personal or private property, seize personal or private property of the American Citizens.

The American Citizens have 11th Amendment Immunity.

Affiants Initials_____Right Thumb Pr

You the Respondents, Chief Justice is James F. Holderman, Judge Rebecca Pallmeyer. Judge Nan R. Nolan and Judge Michael T. Mason, United States District Attorney Patrick Fitzgerald, Assistant United States District Attorney, Lela D. Johnson, Prosecutor, Nathalina A. Hudson and Federal Agent, Marsha K. Acevedo, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewell, IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn and Jennifer Easter, are **Foreign Agents** USC 22 CFR.

You the Respondents, Chief Justice is James F. Holderman, Judge Rebecca Pallmeyer. Judge Nan R. Nolan and Judge Michael T. Mason, United States District Attorney Patrick Fitzgerald, Assistant United States District Attorney, Lela D. Johnson, Prosecutor, Nathalina A. Hudson and Federal Agent, Marsha K. Acevedo, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewell, IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn and Jennifer Easter, relinquished their U.S. Citizenship Title 8 sec 1841, when they swore to their oath of office.

The Respondents Chief Justice is James F. Holderman, Judge Rebecca Pallmeyer. Judge Nan R. Nolan and Judge Michael T. Mason. United States District Attorney Patrick Fitzgerald, Assistant United States District Attorney, Lela D. Johnson, Prosecutor, Nathalina A. Hudson and Federal Agent, Marsha K. Acevedo, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewell, IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn and Jennifer Easter, and ANY judicial officer do not have the authority to issue warrants, enter a ruling, hear a case or subpoena the America Citizens.

The Respondents, Chief Justice is James F. Holderman, Judge Rebecca Pallmeyer. Judge Nan R. Nolan and Judge Michael T. Mason, States District Attorney, Lela D. Johnson, Prosecutor, Nathalina A. Hudson and Federal Agent, Marsha K. Acevedo, Steven Maffei, Jeffery Schwartz, Kirk Peifer, Christopher Suba, Joel Young, Patricia Nevin, Jason P. LeBeau, Leigh Johnson, Brian Visalli, Robert Ellis and Undercover Agent Brenda Ewell, IRS Tax Specialists, (examiners), Marilyn Walsh, Joanne Byers, June Dorn and Jennifer Easter, swore to protect the rights of the American Citizens when they took their oath of office.

Foreign Agents have NO IMMUNITY from the law when in violation of the 11th Amendment of the U.S. Constitution, Violation of Title 22 CFR, violation of Title 8 sec 1841, violation of the oath of office he/she swore to uphold. Violation of Title 22 USC § 611, 22 USC § 612.

The mentioned Respondents Foreign Agents can be prosecuted under Title 42 USC for violation of all Common law, Constitutional Rights, Civil Rights, abuse of Color Of Authority and God given rights.

**All named Respondents have been enjoined in the Affiants Common Law Claim. This case is in Lieu of litigation.**

**"a proceedings of a court without jurisdiction are a nullity and its judgment has no effect either on person or property."** *Norwood v. Renfield*, 34 C 329; *Ex parte Giambonini*, 49 P. 732.

Affiants Initials_____ Right Thumb P

I, La'Shawn Littrice, declare under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, understanding and beliefs. This "Affidavit" is made without purpose of evasion or intent to mislead, if some fact is proved by facts, law and evidence to be incorrect, I reserve the right to amend it for the "truth" to be clearly stated. This "Affidavit" must be accepted as "Truth", unless a "Counter Affidavit" signed under the penalty of perjury, is presented in dispute. "Truth" is the law of "Commerce". "Judgment" must follow the "Truth". You are given 5 days to refute this Affidavit signed under penalty of perjury presented through a notary officer. This "Affidavit" must be accepted as "Truth" in all Courts. Failure to do so is denial of the truth.

Yahwehs will be done.

_La'Shawn_ (signature)

La'Shawn:Littrice, Secured Party Creditor, A Non Corporate Entity


## COMMON LAW AFFIDAVIT
## OF
## NON JUDICIAL POWERS
Alleged CASE #08CR 513, Title 26 Violation, USC, Section(s) 7206(2)
JURAT

County of Cook          )
                        ) ss
Illinois State          )

Subscribed before me, __Gwendolyn L Jones__ a Notary Public, this __29__ day of __November__, 2010, upon satisfactory evidence to the identity of the Affiant Subscribed and Sworn above.

__Gwendolyn L Jones__ (signature)
Notary                                    Seal

```
OFFICIAL SEAL
GWENDOLYN L JONES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/27/14
```

You are to respond through my notary.

Affiants Initials __LL__  Right Thumb (thumbprint)