


## OFFICE OF COMMON LAW
## SOVEREIGN AMERICAN CONSULATE

### COMMON LAW
### BILL OF INDICTMENT

**FILED**
JAN 13 2011
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

It is here by recorded this Third Day Of January Two Thousand Eleven. Chief Justice James F. Holdermen, et el of the United States District Court Northern District of Illinois Eastern Division On case# 08CR 513, has been INDICTED of all charges and violations in Common Law Presentment in regard to case 08CR 513, alleged Defendant, La'Shawn:Littrice, Secured Party Creditor, A Non Corporate Entity, by a Common Law De Jure Grand Jury.

This Common Law De Jure Grand Jury has been granted the authority to form this Common Law De Jure Court and Common Law De Jure Grand Jury. Corpus Juris Sacumdum (CJS). 38 A section 9. Cf. Costello v. United States, 350 U.S. 359, 361-362 (1956). United States v. Williams, 504 U.S. 36 at 48 (1942). See also 5th Amendment and Bill Of Rights.

To: **ANY** Authorized United States Law Enforcement Agency/Officer.

It is **ORDERED** under Common Law, to **ARREST** Chief Justice James F. Holdermen, and bring him forewith to the nearest judge for **FAILURE** to appear on Common Law Court Proceedings Ordered Summons.

Notary Officer _____ Date 1/3/2011  Seal: JONATHAN L SMITH, MY COMMISSION EXPIRES APRIL 14, 2014

Notary Officer _____ Date January 3, 2011 Seal:

Notary Officer _____ Date 1/03/2011 Seal: OFFICIAL SEAL MOQUITA S TURNER NOTARY PUBLIC STATE OF ILLINOIS MY COMMISSION EXPIRES:05/04/14

1. Witness Paul Collins Date 1/03/2011  2. Witness Kimberly A Banks Date 1/3/2011
   Printed name Paul Collins              Printed name Kimberly A Banks

3. Witness Bobby Jackson Date 1/3/11   4. Witness _____ Date 1 3 2011
   Printed name Bobby Jackson             Printed name GAIN LIGHTFOOT

5. Witness _Holloway_ Date _1-3-11_    6. Witness _Suzanne England_ Date _1-3-11_
   Printed name _Tarita Holloway_        Printed name _Suzanne England_

7. Witness _SooSq_ Date _1/3/11_        8. Witness _[signature]_ Date _1-3-11_
   Printed name _EDDIE ENGLAND JR_       Printed name _Jacqueline Kimbrough_

9. Witness _Anita M Halsey_ Date _1/3/2011_   10. Witness _[signature]_ Date _1-03-2011_
   Printed name _Anita M Halsey_               Printed name _Marcus Jerome Lenton Junior_

11. Witness _Haneef JuwJhi Oey_ Date _1/3/2011_
    Printed name _Haneef JuwJhi Oey_

12. Grand Jury Foreman _Holloway_ Date _Jan. 3, 2011_
    Printed name _Caroline Holloway_

# AFFIDAVIT OF NOTARY PRESENTMENT
# CERTIFICATION OF MAILING

State of Illinois        )
                         ) ss.
County of Cook           )

On this _____ day of _____, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify I personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office, Registered Mail receipt number #     RE 413 085 677 US
                                                                  RE 413 085 685 US

To: The UNITED STATES DISTRICT COURT, Northern District of Illinois, Eastern Division

United States District Chief Justice, James F. Holderman
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

United States District Court Clerk, Michael W. Dobbins
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**LIST OF DOCUMENTS MAILED**
Affidavit of Notary Presentment
Common Law Court Proceeding Presentment
Common Law Bill of Indictment

*I TYREE DAVIS present this Document to a Notary    UCC-1308*

WITNESS my hand and official seal.

_____    1/6/11    × VERIFY TYREE DAVIS
NOTARY PUBLIC              DATE     SIGNATURE ONLY ×

My commission expires: 2/5, 20 13

OFFICIAL SEAL
SHARON DWAN
Notary Public - State of Illinois
My Commission Expires Feb 05, 2013