LASHAWN YVONNE LITTRICE, Estate.
Executrix Office.
Nation Illinois.
General Post-Office.
Park Drive – one-zero-two-zero.
Flossmoor.
United States Minor, Outlying Islands.
Near. [60422-9998]

night - of five April two-zero one-one
==============
7010 0290 0002 6135 4673
==============

Office of Director, Administrative Office of The United States Courts.
Attention: Donna M. Carey
Administrative Office of The United States Courts
Everett McKinley Dirksen – one-five-five-two
Dearborn Street – two-one-nine
Chicago, Illinois
U.S.A. [60604]

FILED
MAY 09 2011
MAY 09 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: The Administrative Office of The United States Courts.

From: Executrix Office – LASHAWN YVONNE LITTRICE, Estate.

Regarding: Unauthorized administration of LASHAWN YVONNE LITTRICE, Estate;
[Case # 08CR5131 and Case # 08CV2432]

Enclosed you will find "abandoned" paperwork which appears to erroneously "allege" that Chief Justice James F. Holderman,(EIN # 36-4195310), Judge Rebecca Pallmeyer,(EIN # 36-4195310), Judge William T. Hibbler,(EIN # 36-4195310), Assistant District Attorney Lela D. Johnson,(EIN # 36-4195310), U.S. District Attorney Nathalina A. Hudson,(EIN # 36-4195310),U.S. District Attorney Martin M. Shoemaker,(EIN # 36-4195310),U.S. District Attorney Patrick Fitzgerald,(EIN # 36-4195310), Clerk of Court Michael W. Dobbins,(EIN # 36-4195310), IRS Federal Agent Brenda Euell,(EIN # 52-6055609), IRS Agent Marsha K. Acevedo,(EIN # 52-6055609),IRS Agent Jeffrey Schwartz,(EIN # 52-6055609), and Federal Correctional Institution Waseca, Warden Nicole English, (EIN # 41-1861711), private law BAR card enrollees in the Illinois BAR Association who by their un-warranted acts, fraudulently claim authority from this Executor Office to administrate for LASHAWN YVONNE LITTRICE, Estate. That false claim is hereby Adjourned.

You will forthwith return and transmit the specific written delegated authority to "represent" that authorization to administrate the LASHAWN YVONNE LITTRICE, Estate has been warranted, together with a certified copy of your oath as well as the oaths for Chief Justice James F. Holderman,(EIN # 36-4195310), Judge Rebecca Pallmeyer,(EIN # 36-4195310), Judge William T. Hibbler,(EIN # 36-4195310), Assistant District Attorney Lela D. Johnson,(EIN # 36-4195310), U.S. District Attorney Nathalina A. Hudson,(EIN # 36-4195310),U.S. District Attorney Martin M. Shoemaker,(EIN # 36-4195310),U.S. District Attorney Patrick Fitzgerald,(EIN # 36-4195310), Clerk of Court Michael W. Dobbins,(EIN # 36-4195310), IRS Federal Agent Brenda Euell,(EIN # 52-6055609), IRS Agent Marsha K. Acevedo,(EIN # 52-6055609),IRS Agent Jeffrey Schwartz,(EIN # 52-6055609), and Federal Correctional Institution Waseca, Warden Nicole English, (EIN # 41-1861711), accompanied by certified copies of your BAR BOND, and a detailed list of all other bonds, sureties, indemnification, insurance and Court Registry Investment System (CRIS) CUSIP numbers and full-accounting relating in any way to anyone's personal or professional involvement as referenced above and the arrogated paperwork intrusion upon the LASHAWN YVONNE LITTRICE, Estate.

govern yourself accordingly.

By: executor _____
Executrix Office

Certified Document:
LASHAWN YVONNE LITTRICE, Estate.
Nation Illinois.
copy to: Office of Governor
General Post-Office.
Park Drive – one-zero-two-zero.
Flossmoor.
copy to: Office of Lisa Madigan
United States Minor, Outlying Islands.
Near. [60422-9998]

Jurat
Sworn and subscribed before me this ___7th___ day of __April__ 2011 in __Cook__ County, Illinois
seal

_Cherron Marie Phillips_

OFFICIAL SEAL
CHERRON MARIE PHILLIPS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/20/13

LASHAWN YVONNE LITTRICE
Executrix Office.
Nation Illinois.
General Post-Office.
Park Drive – one-zero two-zero.
Flossmoor.
United States Minor, Outlying Islands.
Near. [60422-9998]

night - of five April twenty-zero one-one.

7010 1670 0002 2238 2867

OFFICE OF THE POSTMASTER
ATTENTION: Carmen A. Kimble
UNITED STATES POST OFFICE
Park Drive – one-zero two-zero.
Flossmoor, Illinois
U.S.A. [60422]

To: The Office of The Postmaster:

From: Executor Office to LASHAWN YVONNE LITTRICE, Estate;

Regarding: Postal location for LASHAWN YVONNE LITTRICE, Estate and Estate Property TYREE DAVIS, SR., Estate, JALEN LITTRIE, Estate, TANISHA LITTRICE, Estate, JEREMIAH LITTRICE, Estate, KYREE DAVIS, Estate, TYREE DAVIS, JR., Estate, AND CRYSTAL JOY DAVIS, Estate STATE OF ILLINOIS [60422];
[Autographed and dated USPS FORM-3575; Change of Address Request – attached hereto]

As occupant to the executor office to LASHAWN YVONNE LITTRICE, Estate also includes TYREE DAVIS, SR., Estate, TYREE DAVIS, JR, Estate, JALEN LITTRICE, Estate, TANISHA LITTRICE, Estate, JEREMIAH LITTRICE, Estate, KYREE DAVIS, Estate, TYREL DAVIS, Estate and that any and all future postal material that was previously sent to either to 3707 Ballantrae Way, Flossmoor, IL [60422] for either LASHAWN YVONNE LITTRICE OR TYREE DAVIS, SR., OR TYREE DAVIS, JR., OR JALEN LITTRICE, OR TANISHA LITTRICE, JEREMIAH LITTRICE, KYREE DAVIS OR TYREL DAVIS or any derivation thereof shall immediately be directed to the above postal location. This matter is herein Adjourned.
Govern yourself accordingly.

By: executor _____
LASHAWN YVONNE LITTRICE, Estate
Executrix Office.
Nation Illinois.

Certified Document:

copy to: Office of Governor, Pat Quinn;

copy to: Office of Attorney General, Lisa Madigan;

General Post-Office.
Park Drive – one zero-two-zero
United States, Minor, Outlying Islands.
Near. [60422-9998]

STATE OF ILLINOIS  )
                   )ss
COUNTY OF COOK     )

Subscribed and sworn to before me this 5th day of April, 2011
Sign _____
       Notary Public

(SEAL)

OFFICIAL SEAL
CHERRON MARIE PHILLIPS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/20/13

# CERTIFICATION OF BIRTH

BIRTH NUMBER: 112-72-6049055

NAME: LA SHAWN YVONNE LITTRICE

DATE OF BIRTH: OCTOBER 27, 1972     SEX: FEMALE

PLACE OF BIRTH: CHICAGO, COOK COUNTY, ILLINOIS

DATE FILED: NOVEMBER 2, 1972     DATE ISSUED: MAY 22, 2009

This is to certify that this is a true and correct statement from the official record filed with the Illinois Department of Public Health.

*Handwritten annotation:*
> On a receival June 11, 2009
> Accepted for value
> Certified on the undersigned's
> Commercial liability and belief
> that the information is true
> correct and complete with all
> related endorsements front and
> back in accordance with Uniform
> Commercial Code 1-410 and House
> Joint Resolution 192 of June 5, 1933.
> prepaid, exempt from levy
> All rights reserved w/o prejudice
> By _Leshawn Littrice_ Authorized Rep
> Without recourse

0719621

County of Cook
State of Illinois

**Office of County Clerk**
**David Orr**

DAVID ORR  COUNTY CLERK

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

RECEIVED

AUG - 4 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On or around June 1, 2009
Accepted for value
Without recourse
By: All rights reserved
Hannah Selby
Authorized Representative



## Charts

- Primary Controls
  Time:
  **1-year**
  Frequency:
  **Daily**

- Optional Controls
  Index:
  **<None>**
  Symbol(s):

  Moving Averages:
  **None**

  Upper Indicators:
  **<None>**
  Lower Indicators:
  **Volume**
  Price Display:
  **OHLC**

Please enter the ticker symbol you want to obtain a chart on:

**FSABX**    Draw Chart    Symbol Lookup



Click symbol for a detailed quote:   Trade

| SYMBOL | LAST | CHANGE | BID/NAV | ASK/POP | VOLUME | HIGH | LOW | DATE/TIME |
|---|---|---|---|---|---|---|---|---|
| FSABX | 7.30 | 0.09 | 7.30 | 7.30 | N/A | N/A | N/A | 07/13/20( |

Quotes are delayed at least 15 minutes and are reflected as composite quotes. Date/Time in Eastern time.

The chart is provided by BigCharts Inc. for information purposes only and should not be used or construed as an indicator of future performance, an offer to sell, a solicitation of an offer to buy, or a recommendation for any security. Neither Fidelity nor BigCharts Inc. guarantee the suitability or potential value of any particular investment.

BigCharts Inc. is not affiliated with any Fidelity company or affiliate. The information that was independently obtained and prepared by BigCharts Inc. has not been reviewed by Fidelity. Neither Fidelity nor BigCharts Inc. guarantee that the information is accurate, complete, or timely.

See the User Agreement for more information about your use of information found here.



©Copyright 1998-2008 FMR LLC.
All rights reserved.
Terms of Use.

# AFFIDAVIT OF NOTARY PRESENTMENT
# CERTIFICATION OF MAILING

State of Illinois )
) ss.
County of Cook )

On this 18th day of December, 2010, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that the following documents listed below were presented to me. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office, Registered Mail receipt number(s) :  RE 413 085 601 US
RE 413 085 615 US
RE 413 085 629 US

To: The UNITED STATES DISTRICT COURT, Northern District of Illinois, Eastern Division

Governor of Illinois, Pat Quinn
Office of the Governor
James R. Thompson Center
100 W. Randolph, 16-100
Chicago, IL 60601

Edouard Dayan
Director General
Universal Postal Union
International Bureau
P.O. Box
3000 Berne 15
Switzerland

Illinois Attorney General Lisa Madigan
James R. Thompson Center
100 West Randolph Street, 12th Floor
Chicago, IL 60601

**LIST OF DOCUMENTS MAILED**
Summons to Appear
Common Law Court Deposition
Affidavit of Notary Presentment
Certified Power Of Attorney
Waiver of Tort
Demand for Public Records
Common Law Affidavit of Non Judicial Powers
Common Law Affidavit Void Judgment
Allocution

WITNESS my hand and official seal.

_____  12-18-2010
NOTARY PUBLIC            DATE

My commission expires: 10-27-14, 20____

OFFICIAL SEAL
GWENDOLYN L JONES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/27/14